**File Hashes for IP Address 24.8.194.66**

**ISP:** Comcast Cable
**Physical Location:** Denver, CO

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 04/27/2013 21:26:46 | 56CE512C0B0AD8028A6DA534A824692BE3229864 | Carmen An Afternoon to Remember |
| 04/20/2013 07:01:09 | 2AE29A600628FBCB8E983388EF0FC470D0B40D7D | Bottoms Up |
| 04/13/2013 05:10:50 | B1DC72BA7F2818F4DE250AFCC656F50F0B06C475 | Lovely Lovers |
| 04/12/2013 20:07:28 | EDAF16456CBAA9B04EF6F9DF8932F5AF65243DDD | Soul Mates |
| 04/12/2013 20:05:50 | 208268E705D3EE3BC314A67CCA68FD2CD3C6FFC1 | Apartment Number Four |
| 03/11/2013 03:52:35 | D7349F9D586866140C7375EA995642DD6DCBA16A | Leila Last Night |
| 03/11/2013 02:39:47 | 8E652A4691B89D82EED34742C10B8CB852DA467D | Paradise Found |
| 03/11/2013 02:06:39 | 94BFEB59F3D6E25E825C2D76D6FC5C281165CC1D | The Foursome |
| 03/10/2013 17:56:55 | 95E0F9F0D3C8D3D322B46B1C190C755A4F99C849 | Like a Dove |
| 03/10/2013 17:52:34 | BC31FADA6476439DC918B7288EA026CCE67EA601 | Sapphic Experience |
| 03/10/2013 04:59:53 | 43F39726CF50A4F81D920F748E8FFCC3B69CE1F8 | Perfect Girls |
| 03/10/2013 04:25:28 | CF64181DA508E91AD249098AA25261B2D1ECE9BD | Heavenly Brunettes |
| 03/10/2013 04:18:15 | C01108288532DECF4A4A37401648C4FB1874E2CA | Mutual Orgasm |
| 03/10/2013 04:13:01 | C9255BEF6851F39C0879F3C65DC851CE9ADCA38F | Like The First Time |

**Total Statutory Claims Against Defendant: 14**

EXHIBIT A